UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 21-21125-CIV-MORENO

BRYNDON KLINE,

        Plaintiff,

vs.

LAMAR BYRD, JR.,

        Defendant.

_____/

## DEFAULT FINAL JUDGMENT

THIS CAUSE came before the Court upon Plaintiff's Motion for Default Judgment Against Defendant, Lamar Byrd, Jr. (**D.E. 56**), filed on **May 13, 2022**.

THE COURT has considered the motion and the pertinent portions of the record, and is otherwise fully advised in the premises. A default has been entered against Defendant LAMAR BYRD, JR. for failure to answer or otherwise plead to the Summons and Complaint served by Plaintiff. Counsel for Plaintiff filed an Affidavit with the Court as to the amount due from Defendant. Accordingly, it is

**ADJUDGED** that the Motion for Default Final Judgment is **GRANTED**. Judgment is hereby entered in favor of Plaintiff BRYNDON KLINE and against Defendant LAMAR BYRD, JR. It is further

**ADJUDGED** that Plaintiff shall recover from Defendant LAMAR BYRD, JR. compensatory damages in the amount of $ 37,800.00, for a sum total of **$ 37,800.00**. Interest shall accrue on this judgment pursuant to 28 U.S.C. §1961. For which sum let execution issue.

*Certified to be a true and correct copy of the document on file Angela E. Noble, Clerk, U.S. District Court Southern District of Florida*
By: _____ Deputy Clerk
Date: 6/1/23

DONE AND ORDERED in Chambers at Miami, Florida, this 20th of January, 2023.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record